UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

Case No. 12-CV-170-WCO

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
FIRST PIEDMONT BANK,

Plaintiff,

v.

WILLIAM H. WHITLEY, RODNEY,
H. BROACH, DONNIE C. CANUP,
GARY H. HUFF, JERRY M.
MAYNARD, and W. LEEON PRUETT

Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Produced 41(a)(1)(A)(ii), Plaintiff Federal Deposit Insurance Corporation, as Receiver for First Piedmont Bank ("FDIC-R"), and Defendants, Rodney H. Broach, Donnie C. Canup, Garey H. Huff, Jerry M. Maynard, W. Leeon Pruett, and William H. Whitley ("Defendants" and collectively with FDIC-R, the "Parties"), hereby stipulate to the dismissal of the above captioned action with prejudice, with all Parties to bear their own costs and attorney's fees.

The Parties respectfully request that the Court enter an Order dismissing this matter with prejudice and retaining jurisdiction to enforce the terms of the Settlement and Release Agreement entered into by the Parties on or about November 24, 2014.

Dated: December 12, 2014.

By: <u>S. Paul Smith</u>
S. Paul Smith
Georgia Bar No. 663577
Simkins Hollis Law Group, P.C.
1924 Lenox Road, NE
Atlanta, Georgia 30306
Phone: (404) 474-2328
Fax: (770) 587-0726
psmith@shlglaw.com

By: <u>Kyle M. Keegan</u>
Kyle M. Keegan (PHV)
Louisiana Bar #19942
Keegan, DeNicola, Kiesel Bagwell Juban & Lowe
5555 Hilton Avenue, Suite 205
Baton Rouge, LA 70808
Telephone: (225) 364-3600
kmk@keegandenicola.com

Attorneys for Federal Deposit Insurance Corporate as Receiver of First Piedmont Bank

By: <u>Mary Lillian Walker</u>
Mary Lillian Walker
Georgia Bar #732370
Hudson Parrott Walker
Fifteen Piedmont Center
Suite L100
Atlanta, Georgia 30305-1541
Telephone (404) 554-8185

Attorneys for Defendants,
Rodney C. Broach, Donnie C. Canup, Garey H. Huff, Jerry M. Maynard, W. Leeon Pruett, William H. Whitley